UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOE HAND PROMOTIONS, INC.,

                                          Plaintiff,

    vs.                                                         5:23-CV-61 (BKS/ML)

SANDI VENTURES, LLC, et al.,

                                          Defendants.

---

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

In a notice filed on October 4, 2023, the plaintiff informed the Court that the parties have reached a settlement. (Dkt. No. 15). A review of the record in this action indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.1(a), it is hereby

    ORDERED as follows:

(1) The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of Plaintiff to reopen this action within ninety (90) days of the date of this Order if the settlement is not consummated.

(2) Any application to reopen this case must be filed within ninety (90) days of the date of this Order. An application to reopen filed after the expiration of that ninety-day period, unless it is extended by the Court prior to its expiration, may be summarily denied solely on the basis of untimeliness.

(3) If the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement, or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction, within the above referenced ninety (90) days for reopening this matter.

(4) The dismissal of the above-captioned action shall become with prejudice on the ninety-first day following the date of this Order, unless Plaintiff moves to reopen this case within ninety (90) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the ninety (90) day period prior to its expiration.

(5) The Clerk of the Court is respectfully directed to close this case and forward a copy of this Order to the parties pursuant to the Court's local rules.

Dated: October 11, 2023
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge